JUDGE WALTER S. SMITH, JR.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRANDON BERNARD, | ) Civil Action  No.  **W-04-CV-164** |
| | ) (Formerly Crim. No. W-99-CR-070(2)) |
| Defendant-Movant, | ) |
| | ) |
| vs. | ) |
| | ) ORDER GRANTING UNOPPOSED |
| UNITED STATES OF AMERICA, | ) MOTION FOR LEAVE TO FILE |
| | ) OVERLENGTH MOTION |
| Plaintiff-Respondent. | ) |
| | ) |

Defendant-Movant Bernard has moved to file a motion in excess of the 10-page limitation imposed by Local Rule CV-7(d)(3).  The Government does not oppose this request.  It is hereby

ORDERED that Defendant-Movant Bernard may file a Motion to Alter or Amend Judgment not to exceed twenty (20) pages.

DONE this _____ day of_____, 2012.

_____
JUDGE WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
*/s Robert C. Owen*
Robert C. Owen
Attorney for Brandon Bernard

ORDER GRANTING LEAVE TO FILE
OVERLENGTH MOTION - 1
(*Brandon Bernard v. United States,* W-04-CV-164)

**ROBERT C. OWEN**
**SCHOOL OF LAW**
**THE UNIVERSITY OF TEXAS AT AUSTIN**
**727 EAST DEAN KEETON ST.**
**AUSTIN, TX  78705-3224**
**(512) 232-9391**