JUDGE WALTER S. SMITH, JR.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

BRANDON BERNARD,             )    Civil Action No.: W-04-CV-164

                               )    (Formerly Crim. No.: W-99-CR-070(2))

       Defendant-Movant,     )

                               )    MOTION TO ALTER OR AMEND

       vs.                   )    JUDGMENT

                               )    (FED. R. CIV. P. 59(e))

UNITED STATES OF AMERICA,   )

                               )

       Plaintiff-Respondent.   )

                               )

Brandon Bernard respectfully moves this Court under Rule 59(e) of the Federal Rules of Civil Procedure to Alter or Amend the Judgment entered by this Court on September 28, 2012, by granting relief from his conviction and sentence, granting discovery and an evidentiary hearing, or granting such other relief as is appropriate.

This motion is supported by the accompanying Memorandum of Law, Exhibits A1-A7, B, C, and Declaration of Robert C. Owen being filed herewith, and also by the pleadings, papers, and other records that are on file in this case.

///

///

///

///

MOTION TO ALTER OR AMEND JUDGMENT   – 1
*United States v. Brandon Bernard*; W-04-CV-164

ROBERT C. OWEN
SCHOOL OF LAW
THE UNIV. OF TEXAS AT AUSTIN
727 EAST DEAN KEETON ST.
AUSTIN, TX 78705-3224
(512) 232-9391

Dated this 25th day of October, 2012.

Respectfully submitted,


/s Robert C. Owen
Robert C. Owen, Texas Bar No.:  15371950
School of Law
Univ. of Texas at Austin
727 East Dean Keeton Street
Austin, TX  78705-3224
Phone: (512) 232-9391 / Fax: (512) 232-9171
Email: robowenlaw@gmail.com


/s John R. Carpenter[1]
John R. Carpenter, WA State Bar No.:  23301
Federal Public Defender's Office
1331 Broadway, Suite 400
Tacoma, WA 98402
Phone: (253) 593-6710 / Fax: (253) 593-6714
Email: John_Carpenter@fd.org

---

[1]  The application of John R. Carpenter for admission to practice before the United States District Court for the Western District of Texas is pending.

ROBERT C. OWEN
SCHOOL OF LAW
THE UNIV. OF TEXAS AT AUSTIN
727 EAST DEAN KEETON ST.
AUSTIN, TX 78705-3224
(512) 232-9391

MOTION TO ALTER OR AMEND JUDGMENT    – 2
*United States v. Brandon Bernard*; W-04-CV-164

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below I e-filed with the Clerk of the Court the foregoing Motion to Alter or Amend Judgment, Memorandum of Law in Support of Motion (Attached Exhibits), Declaration of Robert C. Owen, and Proposed Order. I used the CM/ECF system which will send notification of such filing to Assistant United States Attorney Mark Frazier.

DATED this 25th day of October, 2012.


*/s/ Amy Strickling*
Amy Strickling, Paralegal
Federal Public Defender's Office

MOTION TO ALTER OR AMEND JUDGMENT   – 3
*United States v. Brandon Bernard*; W-04-CV-164

**ROBERT C. OWEN
SCHOOL OF LAW
THE UNIV. OF TEXAS AT AUSTIN
727 EAST DEAN KEETON ST.
AUSTIN, TX 78705-3224
(512) 232-9391**