JUDGE WALTER S. SMITH, JR

.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

BRANDON BERNARD,                    )        Civil Action No.: W-04-CV-164
                                    )        (Formerly Crim. No.: W-99-CR-070(2))
            Defendant-Movant,       )
                                    )        ORDER GRANTING MOTION TO
      vs.                           )        ALTER OR AMEND JUDGMENT
                                    )
UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff-Respondent.   )
                                    )

The Defendant-Movant has moved, pursuant to Fed. R. Civ. P. 59(e), to alter or

amend the Judgment entered in this matter on September 28, 2012.  Upon due

consideration, it is hereby

ORDERED that said motion is GRANTED.  The Judgment entered on September

28, 2012 is VACATED.  In due course, the Court will issue orders granting the

discovery previously requested by the Defendant-Movant.  When discovery is complete,

the Court will schedule an evidentiary hearing.

DONE this _____ day of October, 2012.


_____
JUDGE WALTER S. SMITH, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s  Robert C. Owen*
Robert C. Owen
Attorney for Brandon Bernard

ORDER GRANTING MOTION
TO ALTER OR AMEND JUDGMENT
*United States v. Brandon Bernard*; W-04-CV-164

**ROBERT C. OWEN**
**SCHOOL OF LAW**
**THE UNIVERSITY OF TEXAS AT AUSTIN**
**727 EAST DEAN KEETON ST.**
**AUSTIN, TX 78705-3224**
**(512) 232-9391**