JUDGE WALTER S. SMITH, JR.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BRANDON BERNARD, | ) Civil Action No. **W-04-CV-164** |
| | ) (Formerly Crim. No. W-99-CR-070(2)) |
| *Defendant-Movant,* | ) |
| | ) |
| vs. | ) DECLARATION OF ROBERT C. OWEN |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff-Respondent.* | ) |
| | ) |

ROBERT C. OWEN, pursuant to the provisions of 28 U.S.C. §1746, deposes and states as follows:

1.    I am one of the attorneys representing Brandon Bernard, the Defendant-Movant. This declaration describes some of the exhibits accompanying the Memorandum of Law filed in support of Mr. Bernard's Motion to Alter or Amend Judgment under Fed. R. Civ. P. 59(e).

2.    Exhibit A-1 to Mr. Bernard's Memorandum of Law is a set of excerpts of materials from a Texas capital defense training program. This program was held in February 2001.

AFFIDAVIT OF ROBERT C. OWEN -- 1
(*BRANDON BERNARD V. UNITED STATES*; W-04-CV-164)

ROBERT C. OWEN
SCHOOL OF LAW
THE UNIVERSITY OF TEXAS AT AUSTIN
727 EAST DEAN KEETON ST.
AUSTIN, TX 78705-3224
(512) 232-9391

3.    Exhibit A-2 to Mr. Bernard's Memorandum of Law is a set of excerpts from a "Death Penalty Mitigation Manual for Trial Attorneys" produced by a Texas nonprofit law office. This manual was produced in 2001.

4.    Exhibit A-3 to Mr. Bernard's Memorandum of Law is a set of excerpts from the Kentucky Department of Public Advocacy's "Death Penalty Manual." This edition of that manual was published in 1990.

5.    Exhibit A-4 to Mr. Bernard's Memorandum of Law is a set of excerpts from the "Alabama Capital Defense Trial Manual" published by the Equal Justice Initiative of Alabama. This edition of that manual was published in 1997.

6.    Exhibit A-5 to Mr. Bernard's Memorandum of Law is a set of excerpts of materials from a California capital defense training program. This program was held in August 1999.

7.    Exhibit A-6 to Mr. Bernard's Memorandum of Law is a set of excerpts of materials from the Capital Case Defense Seminar sponsored by the California Attorneys for Criminal Justice and the California Public Defenders Association. This seminar was held in February 1999.

8.    Exhibit A-7 to Mr. Bernard's Memorandum of Law is a set of excerpts of materials from the Capital Case Defense Seminar sponsored by the California Attorneys for Criminal Justice and the California Public Defenders Association. This seminar was held in February 2000.

I declare under penalty of perjury that the foregoing is true and correct.

AFFIDAVIT OF ROBERT C. OWEN -- 2
(*BRANDON BERNARD V. UNITED STATES*; W-04-CV-164)

ROBERT C. OWEN
SCHOOL OF LAW
THE UNIVERSITY OF TEXAS AT AUSTIN
727 EAST DEAN KEETON ST.
AUSTIN, TX 78705-3224
(512) 232-9391

Executed at Austin, Texas, on October 25, 2012.

_____
Robert C. Owen

AFFIDAVIT OF ROBERT C. OWEN -- 3
(*BRANDON BERNARD V. UNITED STATES*; W-04-CV-164)

ROBERT C. OWEN
SCHOOL OF LAW
THE UNIVERSITY OF TEXAS AT AUSTIN
727 EAST DEAN KEETON ST.
AUSTIN, TX 78705-3224
(512) 232-9391