UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

BRANDON BERNARD,                           )
            *Defendant-Movant*,        )   **CAPITAL CASE**
                      )   Crim. No. W-99-CR-070(2)
    vs.                                    )
                      )   (Civil No.  W-04-CV-164)
UNITED STATES OF AMERICA,                  )
            *Plaintiff-Respondent*.    )

**ORDER GRANTING MOTION
TO EXCEED PAGE LIMIT**

Brandon Bernard's motion to exceed the otherwise applicable page limit for a dispositive motion under Local Court Rule CV-7(d)(3) is GRANTED.

Done and entered this _____ day of December, 2017.

_____
LEE YEAKEL
United States District Judge

ORDER TO EXCEED PAGE LIMIT - 1
(*Brandon Bernard v. United States,*
Crim. No. W-99-CR-070(2))

**FEDERAL PUBLIC DEFENDER
1331 BROADWAY, SUITE 400
TACOMA, WA  98402
253-593-6710**