United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Carpenter, John Robert |
| From: | Court Operations Department, Western District of Texas |
| Date: | Wednesday, November 29, 2017 |
| Re: | 06:04-CV-00164-WSS / Doc # 5 / Filed On: 11/29/2017 10:43 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
  Remarks: Please file future pleadings in lead case of 6:99-cr-70-2. Civil case # 6:04-cv-164 was opened for administrative purposes only. Thank you.